

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2015

No. 04-15-00353-CV

**IN THE MATTER OF W.E.L.,**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 1992JUV01331
Honorable Andy Mireles, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Jason Pulliam, Justice

The panel has considered the Appellant's Motion to Reconsideration, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court